01

02

03

04

05                 UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
06                      AT SEATTLE

07 SHARLYN LARONGE,         )
                              )   CASE NO. C13-1353-TSZ
08      Plaintiff,            )
                              )
09      v.                     )   ORDER AFFIRMING
                              )   COMMISSIONER
10 CAROLYN W. COLVIN, Acting   )
Commissioner of Social Security,   )
                              )
11                              )
     Defendant.           )
12 _____ )

13      The Court has reviewed the Report and Recommendation of United States Magistrate

14 Judge Mary Alice Theiler, docket no. 29, and all briefs filed in support of and opposition

15 thereto.   It is therefore ORDERED:

16       (1)     The Court adopts the Report and Recommendation;

17       (2)     The Court AFFIRMS the decision of the Commissioner; and

18       (3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19      DATED this 23rd day of April, 2014.

20

21                                 _____
                                THOMAS S. ZILLY
22                                 United States District Judge